UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Loren Allen

CASE NO. 15-51320-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LOREN ALLEN<br>352 NATURES COVE CT<br># 33<br>WIXOM, MI 48393-4572<br>SSN: XXX-XX-9967 | N/A | N/A | DEBTOR REFUND | 1892508 | 9/13/16 | $ 3,090.35 |

DATED: October 10, 2016

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

1551320 00000 017414 1892508
CLERK OF US BANKRUPTCY COURT
% LISA HENEKA/ UNCLAIMED FUNDS
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 09/13/2016  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1892508

| 1551320 | Loren Allen | | | 3,090.35 | 0.00 | 3,090.35 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79  
611

CHECK NO. 1892508  
SunTrust Bank

FOR  Loren Allen  
BK:1551320  ACCT:  
PRIN: 3,090.35   INT: 0.00

DATE Sep 13, 2016  
AMOUNT  
******3,090.35

PAY **3,090.35**  
Three Thousand Ninety And 35 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $3,090.35  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% LISA HENEKA/ UNCLAIMED FUNDS  
211 W FORT ST  
DETROIT, MI 48226

Tammy L. Terry  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Loren Allen

CASE NO. 15-51320-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

SMITH LAW GROUP, PLLC
30833 NORTHWESTERN HWY
STE 200
FARMINGTON HLS, MI 48334

**Last Known Address for Debtor:**

LOREN ALLEN
352 NATURES COVE CT
# 33
WIXOM, MI 48393-4572

DATED: October 10, 2016

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226